# Exhibit 1



**Fwd: Suspected Fraud Activity - Even.biz**

To: Mag Rodriguez <mag@even.biz>                                                    Tue, Sep 16, 2025 at 10:29 AM

I imagine you have been sent this from far and wide (smells off to me)... good luck with it man, must be a headache



**From:** NO NDA NETWORK <nondanetwork@proton.me>
**Subject: Suspected Fraud Activity - Even.biz**
**Date:** 16 September 2025 at 15:32:36 BST
**To:**

Dear ▮▮▮▮▮,

You are receiving this message as it has come to our attention that you may be conducting business with Even.biz.

We have evidence and good faith belief that Even is inflating its database with fraudulent account profiles of artists that are signed to labels within ▮▮▮▮ without authorization from the respective labels or permission from the artists or their representatives.

Our independent investigation has concluded that the intended purpose of these deceptive practices are to secure financing from private equity firms and partnership deals with major music groups.

Enrique 'Mag' Rodriguez, the founder and CEO of the company is directly involved behind the fraud.

Based on information and documentation we have obtained, Rodriguez and Even have engaged in deceptive practices such as providing investors with misinformation that grossly misrepresents the companies health, in addition to falsely claiming to already have partnership agreements with with the likes of ▮▮▮▮▮▮▮▮▮▮▮▮▮ and has been doing so since about November 2023.

Our evidence also finds that Rodriguez and EVEN colluded with a third party platform called "Matchfy.io" and has continued to receive thousands of unauthorized artist accounts to its database.

This fraudulent scheme has been ongoing since about January 2025 through now. As of today, there are an estimated over 50,000 fraudulent unauthorized accounts of artists from record labels that are not aware of this activity, including ▮▮▮▮.

Our most recent evidence suggests that Mag Rodriguez has been committing securities fraud by circulating documents to potential investors that purposely misrepresent having partnerships with ▮▮▮▮ and other music groups. See attached

You can review our findings here.

We are in the process of submitting all pertinent information to the RIAA and encourage ▮▮▮▮ to formally investigate internally in the interest of self preservation.

Thank you,

https://www.even.biz/artists/badbunny

